## CONDE v. STATE.
### No. 17086.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

Mays & Mays, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed at five years' confinement in the penitentiary.

The indictment charges the offense. The record before this court contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.